**UNITED STATES of America,**
**Plaintiff—Appellee,**

**v.**

**Terrence J. WHITE, Defendant—**
**Appellant.**

**No. 09–6441.**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 30, 2009.

Decided: Aug. 5, 2009.

Terrence J. White, Appellant Pro Se. John Staige Davis, V, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before MOTZ, KING, and DUNCAN, Circuit Judges.

PER CURIAM:

Terrence J. White appeals the district court's order denying his motion for writ of audita querela. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. White,* No. 3:01–cr–00190–LMB–1 (E.D.Va. Feb. 18, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*